STARN • O'TOOLE • MARCUS & FISHER
A Law Corporation

TERENCE J. O'TOOLE          1209-0
ANDREW J. LAUTENBACH     8805-0
MAILE S. MILLER               10179-0
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 1900
Honolulu, Hawaii 96813
Telephone: (808) 537-6100
Facsimile: (808) 537-5434
Email:  totoole@starnlaw.com
          alautenbach@starnlaw.com
          mmiller@starnlaw.com

Attorneys for Plaintiff
IRONGATE AZREP BW LLC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IRONGATE AZREP BW LLC,<br><br>                Plaintiff,<br><br>   vs.<br><br>INGRID WANG,<br><br>                Defendant. | CIVIL NO. 23-00014 SOM-WRP<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT INGRID WANG** |

### ENTRY OF DEFAULT AGAINST DEFENDANT INGRID WANG

Default is hereby entered against Defendant Ingrid Wang pursuant to Rule 55 of the Federal

Rules of Civil Procedure.

DATED:  Honolulu, Hawaii, _____ July 27 , 2023.



/s/ LUCY H. CARRILLO, by: JI, Deputy Clerk
CLERK OF THE DISTRICT COURT